447 A.2d 658

Foam Fabricators, Pennsylvania, Inc., Appellant v.
Magee Carpet Co.

 Argued November 16, 1981. Ronald M. Katzman, for appellant; Otis W. Erisman, for appellee.

Before CERCONE, P. J., McEWEN and HOFFMAN, JJ.

Order affirmed.